NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1311, -1330

ANTICANCER, INC.,

Plaintiff-Appellant,

v.

CAMBRIDGE RESEARCH & INSTRUMENTATION, INC.,

Defendant-Appellee,

and

MERCK & CO., INC.,

Defendant-Cross Appellant,

and

NOVARTIS CORP.,

Defendant-Appellee.

Appeals from the United States District Court for the Southern District of California in case no. 07-CV-97, Judge Janis L. Sammartino.

ON MOTION

## O R D E R

AntiCancer, Inc. moves without opposition to withdraw its appeal. Merck & Co., Inc. moves without opposition to withdraw its appeal.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motions to withdraw the appeals are granted.

(2) All sides shall bear their own costs.

(3) All other pending motions are moot.

FOR THE COURT

JUL 2 8 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:    Daniel Anthony Lawton, Esq.
       Martin B. Pavane, Esq.
       John P. Cooley, Esq.
       James C. Pistorino, Esq.

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 2 8 2009

JAN HORBALY
CLERK

s17

ISSUED AS A MANDATE:    JUL 2 8 2009
                        _____

2009-1311, -1330                    2